UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MANUEL CASTRO DUBON,
    Petitioner,

v.                           Case No. 3:12cv382/MCR/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

## ORDER

    This cause is before the Court on the Magistrate Judge's Report and Recommendation dated August 22, 2013.  (Doc. 24).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a <u>de novo</u> determination of the timely filed objections (doc. 26).

    Having considered the Report and Recommendation, and the timely filed objections the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    1.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

    2.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 16th day of July, 2014.

                                    s/ *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**